**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7854**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLES BENNIE HUNT,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert D. Potter, Senior District Judge.  (CR-88-177-C-P)

---

Submitted:  May 16, 1996               Decided:  May 29, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Charles Bennie Hunt, Appellant Pro Se.  Harry Thomas Church, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion pursuant to 18 U.S.C.A. § 3582(c)(2) (West Supp. 1995). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion for appointment of counsel and affirm on the reasoning of the district court. <u>United States v. Hunt</u>, No. CR-88-177-C-P (W.D.N.C. Sept. 29, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>